**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

BIKRAM SINGH,
A# 205-785-747,

    Petitioner,

vs.                                          Case No. 4:14cv423-MW/CAS

ERIC H. HOLDER, JR., et al.,

    Respondents.

_____/

**ORDER and REPORT AND RECOMMENDATION**

    On August 11, 2014, Petitioner submitted a pro se petition for writ of habeas corpus and a request for a preliminary injunction.  Doc. 1.  Petitioner simultaneously submitted a motion seeking leave to proceed in forma pauperis.  Doc. 2.  Good cause having been shown, the motion is granted and Petitioner is not required to pay the filing fee.

    The petition has been reviewed and it appears this case should be transferred. Petitioner states that he is currently detained in the Baker County Detention Facility. Doc. 1 at 2.  Petitioner is in the custody of I.C.E. and seeks release from detention pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001).  Petitioner alleges he is a native of India, he has been awaiting removal for approximately twelve months, and contends

Respondents "refuse to release him even though they are unable to deport him and will be unable to depot him in the reasonably foreseeable future." *Id.*

Petitioner is currently detained in the Baker County Detention Center. Doc. 1 at 1. Because Petitioner is not detained within the jurisdiction of the Northern District of Florida, pursuant to Rumsfeld v. Padilla, 542 U.S. 426, 447, 124 S.Ct. 2711, 2724, 159 L.Ed.2d 513 (2004), this case should be transferred to the Middle District of Florida which is the district of confinement." Padilla, 542 U.S. at 447, 124 S.Ct. at 2724. In addition, none of the named Respondents are located within the jurisdiction of the Northern District of Florida. This action should be transferred to the Middle District of Florida where Petitioner is detained for further proceedings, including addressing the issue of the filing fee.

Accordingly, it is **ORDERED** that Petitioner's motion for leave to proceed in forma pauperis, doc. 2, be **GRANTED**.

## RECOMMENDATION

In light of the foregoing, it is respectfully **RECOMMENDED** that this petition be **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on August 27, 2014.

   S/   Charles A. Stampelos  
**CHARLES A. STAMPELOS**  
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**