IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BIKRAM SINGH,**

      Petitioner,

v.                                 CASE NO.  4:14cv423-MW/CAS

**ERIC H. HOLDER, JR.,**
et al.,

      Respondents.

_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Order and Recommendation, ECF No.4, filed August 27, 2014.  The Petitioner having filed no objection to the Magistrate's recommendation,

    IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  This cause is transferred to the Middle District of Florida,

1

Jacksonville Division, for all further proceedings. The Clerk shall take all necessary steps to effect the transfer and close the file.

**SO ORDERED on September 25, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**